B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vision Care Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0317638** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3801 S. Congress Avenue**<br>**Lake Worth, FL**<br>ZIP Code **33461** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Vision Care Holdings, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vision Care Holdings, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  **/s/ Bart A. Houston, Esq.**
Signature of Attorney for Debtor(s)

**Bart A. Houston, Esq.**
Printed Name of Attorney for Debtor(s)

**Genovese Joblove & Battista, P.A.**
Firm Name

**200 E. Broward Boulevard**
**Suite 1110**
**Ft. Lauderdale, FL 33301**
Address

**954-453-8000  Fax: 954-453-8010**
Telephone Number

**January 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Ben L. Cook**
Signature of Authorized Individual

**Ben L. Cook**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January 14, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Vision Care Holdings, LLC**                                                         Case No.
                                       Debtor(s)                                               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Baker & Hostetler<br>200 S Orange Ave<br>Ste 2300<br>Orlando, FL 32801 | Baker & Hostetler<br>200 S Orange Ave<br>Ste 2300<br>Orlando, FL 32801 | | | 11,982.22 |
| Barry Network, Inc.<br>3100 Kettering Blvd<br>Dayton, OH 45439 | Barry Network, Inc.<br>3100 Kettering Blvd<br>Dayton, OH 45439 | | | 116,666.62 |
| Cherry Bekaert & Holland<br>One Clearkake Ctr<br>250 Australian Ave, S 1201<br>West Palm Beach, FL 33401 | Cherry Bekaert & Holland<br>One Clearkake Ctr<br>250 Australian Ave, S 1201<br>West Palm Beach, FL 33401 | | | 9,500.00 |
| GE Capital<br>POB 740441<br>Atlanta, GA 30374-0441 | GE Capital<br>POB 740441<br>Atlanta, GA 30374-0441 | | | 2,157.06 |
| General Security Services, LLC<br>5171 10 Ave N<br>Lake Worth, FL 33463 | General Security Services, LLC<br>5171 10 Ave N<br>Lake Worth, FL 33463 | | | 4,935.00 |
| Global Crossing Telecommunications<br>POB 741276<br>Cincinnati, OH 45274-1276 | Global Crossing Telecommunications<br>POB 741276<br>Cincinnati, OH 45274-1276 | | Disputed | 158,636.66 |
| Global Financial Services<br>POB 856460<br>Louisville, KY 40285-6460 | Global Financial Services<br>POB 856460<br>Louisville, KY 40285-6460 | | | 15,119.60 |
| IlinkMD<br>7700 Congress Ave<br>Ste 1133<br>Boca Raton, FL 33487 | IlinkMD<br>7700 Congress Ave<br>Ste 1133<br>Boca Raton, FL 33487 | | | 11,664.00 |
| Integrated Graphics, Inc.<br>3555 Stern Avenue<br>Saint Charles, IL 60174 | Integrated Graphics, Inc.<br>3555 Stern Avenue<br>Saint Charles, IL 60174 | | | 49,710.49 |
| Keybank, as Escrow Agent<br>127 Public Square<br>14 Floor<br>Cleveland, OH 44114 | Keybank, as Escrow Agent<br>127 Public Square<br>14 Floor<br>Cleveland, OH 44114 | | | 1,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Vision Care Holdings, LLC**　　　　　　　　　　　　　　　　Case No.　　　　　　　　　　
　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Marketing Architects<br>110 Cheshire Lane<br>Ste 200<br>Hopkins, MN 55305 | Marketing Architects<br>110 Cheshire Lane<br>Ste 200<br>Hopkins, MN 55305 | | | 130,000.00 |
| MUSA Realty<br>4800 North Federal Hwy<br>Ste 201B<br>Boca Raton, FL 33431 | MUSA Realty<br>4800 North Federal Hwy<br>Ste 201B<br>Boca Raton, FL 33431 | | | 499,598.55 |
| Network Dynamics, Inc.<br>640 Brooker Creek Blvd<br>Ste 410<br>Hudson, FL 34667 | Network Dynamics, Inc.<br>640 Brooker Creek Blvd<br>Ste 410<br>Hudson, FL 34667 | | | 7,987.50 |
| PC Connection Sales of Mass<br>POB 4520<br>Woburn, MA 01888-4520 | PC Connection Sales of Mass<br>POB 4520<br>Woburn, MA 01888-4520 | | | 1,835.98 |
| RR Donnelley<br>POB 905151<br>Charlotte, NC 28290-5151 | RR Donnelley<br>POB 905151<br>Charlotte, NC 28290-5151 | | | 12,997.50 |
| Softchoice Corporation<br>16609 Collections Center Dr<br>Chicago, IL 60693 | Softchoice Corporation<br>16609 Collections Center Dr<br>Chicago, IL 60693 | | | 5,279.35 |
| Staples Advantage<br>POB 71217<br>Chicago, IL 60694-1217 | Staples Advantage<br>POB 71217<br>Chicago, IL 60694-1217 | | | 31,421.38 |
| Sungard Availability Services<br>POB 91233<br>Chicago, IL 60693 | Sungard Availability Services<br>POB 91233<br>Chicago, IL 60693 | | | 30,000.00 |
| Toshiba Business Solutions<br>POB 740441<br>Atlanta, GA 30374-0441 | Toshiba Business Solutions<br>POB 740441<br>Atlanta, GA 30374-0441 | | | 6,364.94 |
| Village of Palm Springs L/D<br>226 Cypress Lane<br>Lake Worth, FL 33461 | Village of Palm Springs L/D<br>226 Cypress Lane<br>Lake Worth, FL 33461 | | | 2,091.60 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**January 14, 2010**　　　　　　　　Signature　**/s/ Ben L. Cook**　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**Ben L. Cook**
　　　　　　　　　　　　　　　　　　　　　　　　**Manager**

　　*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re   **Vision Care Holdings, LLC**                                    ,          Case No. _____

                              Debtor                                                Chapter                **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ben Cook**<br>POB 6351<br>Lake Worth, FL 33466 | | 0.23% | Individual |
| **Jim Usdan**<br>23 Northumberland Place<br>Nashville, TN 37215 | | 0.38% | Individual |
| **Marc Andrea Musa Holdings Trust**<br>4800 N. Federal Hwy<br>Ste 201B<br>Boca Raton, FL 33431 | | 6% | Trust |
| **Marco Musa Holdings Trust**<br>4800 N. Federal Hwy<br>Ste 201B<br>Boca Raton, FL 33431 | | 6% | Trust |
| **Massimo Musa Holdings Trust**<br>4800 N. Federal Hwy<br>Suite 201B<br>Boca Raton, FL 33431 | | 6% | Trust |
| **SD II Eyeglass Holdings, L.P.**<br>222 Berkley Street<br>18 Floor<br>Boston, MA 02116 | | 5.81% | Partnership |
| **Squam Lake Investors VI, L.P.**<br>Bain & Company, Inc.<br>Attn: Bill Doherty, Director<br>131 Dartmouth Street<br>Boston, MA 02116 | | 0.18% | Partnership |
| **Summit Advisors Fund (QP), L.P.**<br>222 Berkley Street<br>18 Floor<br>Boston, MA 02116 | | 1.32% | Partnership |
| **Summit Investors VI, L.P.**<br>222 Berkley Street<br>18 Floor<br>Boston, MA 02116 | | 0.18% | Partnership |

  **1**     continuation sheets attached to List of Equity Security Holders

In re **Vision Care Holdings, LLC**                              , Case No. _____
                                     Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Summit IV Advisors Fund, L.P.**<br>**222 Berkley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **0.70%** | **Partnership** |
| **Summit IV Entrepreneurs Fund, L.P.**<br>**222 Berkley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **1.07%** | **Partnership** |
| **Summit V Advisors Fund, L.P.**<br>**222 Berkeley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **0.40%** | **Partnership** |
| **Summit Ventures V, L.P.**<br>**222 Berkley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **22.97%** | **Partnership** |
| **Summit Ventures VI-A**<br>**222 Berkley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **33.47%** | **Partnership** |
| **Sunapee Securities, Inc.**<br>**Bain & Company, Inc.**<br>**Mary Welch, Investment Services**<br>**131 Dartmouth Street**<br>**Boston, MA 02116** | | **0.01%** | **Corporation** |
| **SV VI-B Eyeglass Holdings, L.P.**<br>**222 Berkley Street**<br>**18 Floor**<br>**Boston, MA 02116** | | **13.96%** | **Partnership** |
| **Waban Investors II, LP**<br>**The Bridgespan Group, Inc.**<br>**Attn: Tod Cowen**<br>**535 Boylston Street**<br>**Boston, MA 02116** | | **0.01%** | **Partnership** |

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders

In re   **Vision Care Holdings, LLC**                                      ,    Case No. _____
                                    Debtor

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 14, 2010**                             Signature  **/s/ Ben L. Cook**
                                                                  **Ben L. Cook**
                                                                  **Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re  **Vision Care Holdings, LLC**                                           Case No.
                                              Debtor(s)                        Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 14, 2010**                    **/s/ Ben L. Cook**
                                                **Ben L. Cook**/**Manager**
                                                Signer/Title

Baker & Hostetler
200 S Orange Ave
Ste 2300
Orlando, FL 32801


Barry Network, Inc.
3100 Kettering Blvd
Dayton, OH 45439


Cherry Bekaert & Holland
One Clearkake Ctr
250 Australian Ave, S 1201
West Palm Beach, FL 33401


GE Capital
POB 740441
Atlanta, GA 30374-0441


General Security Services, LLC
5171 10 Ave N
Lake Worth, FL 33463


Global Crossing Telecommunications
POB 741276
Cincinnati, OH 45274-1276


Global Financial Services
POB 856460
Louisville, KY 40285-6460


IlinkMD
7700 Congress Ave
Ste 1133
Boca Raton, FL 33487


Integrated Graphics, Inc.
3555 Stern Avenue
Saint Charles, IL 60174


Keybank, as Escrow Agent
127 Public Square
14 Floor
Cleveland, OH 44114

Marketing Architects
110 Cheshire Lane
Ste 200
Hopkins, MN 55305


MUSA Realty
4800 North Federal Hwy
Ste 201B
Boca Raton, FL 33431


Network Dynamics, Inc.
640 Brooker Creek Blvd
Ste 410
Hudson, FL 34667


PC Connection Sales of Mass
POB 4520
Woburn, MA 01888-4520


RR Donnelley
POB 905151
Charlotte, NC 28290-5151


Softchoice Corporation
16609 Collections Center Dr
Chicago, IL 60693


Staples Advantage
POB 71217
Chicago, IL 60694-1217


Sungard Availability Services
POB 91233
Chicago, IL 60693


Toshiba Business Solutions
POB 740441
Atlanta, GA 30374-0441


Village of Palm Springs L/D
226 Cypress Lane
Lake Worth, FL 33461